

CERTIFIED COPY    (Rev. 7/98)

# United States District Court
## Northern District of Illinois
## Eastern Division

**03 MBD 10378**

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF: I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on 5/17/00

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 6248 | DATE | 3/23/2000 |
| CASE TITLE | HOTEL EMPLOYEES, et al. Vs. HIGHLAND TAP, INC., et al. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Prove-up hearing held. Defendant does not appear. Enter Judgment Order in favor of plaintiffs and against defendant in the amount of $4,617.98 and $3,280.44 in attorneys fees and costs in the amount of $285.00. All pending dates and motions are terminated as moot.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | +1 F number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | 3.28.00 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 5 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| JHC | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice  mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOTEL EMPLOYEES AND RESTAURANT )
EMPLOYEES INTERNATIONAL UNION )
WELFARE FUND; AND JIM ARNOLD, )
ROBERT BAKER, CAROL CARLSON, )
PAT COUGHLAN, WALT ELLIOT, JAMES )
F. FLANAGAN, DAVID HARTIGAN, JACK )
KENNEALLY, CANDACE LANDERS, ROBERT )
W. MAGEE, BOB MCDEVITT, MORTY )
MILLER, KENNETH PAULSEN, RONALD )
RICHARDSON, MARTY RUSSO, HENRY )
TAMARIN, JOHN W. WILHELM, PATRICK )
J. KANE, JAMES ANDERSON, KARL R. )
BENNETT, JR., RICHARD BETTY, )
RICHARD W. BUNKER, ARNOLD F. KARR, )
CARL MADDA, BRIAN MCKAY, JACK )
PENMAN, JOSEPH T. PRIMAVERA, )
ROBERT REILERT, MIKE SLOAN, )
MICHAEL J. WALSH, LARRY F. )
WILKAS, GEORGE WRIGHT, AS TRUSTEES )
OF HOTEL EMPLOYEES AND RESTAURANT )
EMPLOYEES INTERNATIONAL UNION )
WELFARE FUND, )
                                   )
             Plaintiffs,           )   CASE NO. 99 C 6248
                                   )
                                   )   HON. WILLIAM J. HIBBLER
        v.                         )   DISTRICT JUDGE
                                   )
HIGHLAND TAP, INC., A              )
MASSACHUSETTS CORPORATION,         )
                                   )
             Defendant.            )

DOCKETED
MAR 28 2000

JUDGMENT ORDER

At Chicago, Illinois, in the District and Division aforesaid, before the Honorable William J. Hibbler, District Judge.

This cause coming on to be heard this March 23, 2000 on plaintiffs' Motion For Entry Of Judgment By Default, due notice having been served, and it appearing of record that on September 22, 1999, plaintiffs HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, et al. filed a Complaint against defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION for

collection of unpaid contributions to the Hotel Employees and Restaurant Employees International Union Welfare Fund pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§ 1132, 1145; and Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185; that on November 19, 1999, defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION executed a Waiver of Service of Summons; that on February 8, 2000, this Court held defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION in default for failure to appear, answer, or otherwise plead; that plaintiffs have submitted affidavits in support of judgment; and the Court having fully considered the Complaint, the motion for entry of judgment, the supporting affidavits, and the record in this case does hereby find: (i) that this Court has personal jurisdiction of the parties and has subject matter jurisdiction of the action; (ii) that the default entered against defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION for failure to appear, answer, or otherwise plead has not been set aside and is hereby reaffirmed; (iii) that judgment by default may properly be entered in favor of plaintiffs and against defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION based on the Complaint; and (iv) that plaintiffs have established by evidence satisfactory to this Court that judgment should be entered in favor of plaintiffs and against defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION as ordered hereinbelow, wherefore:

IT IS ORDERED:

1. That judgment by default be and is hereby entered in favor of plaintiffs JIM ARNOLD, ROBERT BAKER, CAROL CARLSON, PAT COUGHLAN, WALT ELLIOT, JAMES F. FLANAGAN, DAVID HARTIGAN, JACK KENNEALLY, CANDACE LANDERS, ROBERT W. MAGEE, BOB MCDEVITT, MORTY MILLER, KENNETH PAULSEN, RONALD RICHARDSON, MARTY RUSSO, HENRY TAMARIN, JOHN W. WILHELM, PATRICK J. KANE, JAMES ANDERSON, KARL R. BENNETT, JR., RICHARD BETTY, RICHARD W. BUNKER, ARNOLD F. KARR, ) CARL MADDA, BRIAN MCKAY, JACK PENMAN, JOSEPH T. PRIMAVERA, ROBERT REILERT, MIKE SLOAN, MICHAEL J. WALSH, LARRY F. WILKAS, GEORGE WRIGHT AS TRUSTEES OF HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND and plaintiff HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND and against defendant HIGHLAND TAP, INC., A MASSACHUSETTS CORPORATION pursuant to 29 U.S.C. §§ 1132(g)(2)(A), 1145 for unpaid contributions in the amount of ONE THOUSAND THREE HUNDRED SIXTY-EIGHT 11/100 DOLLARS ($1,368.11), plus interest pursuant to 29 U.S.C. §§ 1132(g)(2)(B), 1145 in the amount of SEVEN HUNDRED FIFTY-EIGHT AND 06/100 DOLLARS ($758.06) through the date of judgment of March 23, 2000, liquidated damages pursuant to 29 U.S.C. §§ 1132(g)(2)(C), 1145 in the amount of SEVEN HUNDRED FIFTY-EIGHT 06/100 DOLLARS ($758.06), audit costs pursuant to 29 U.S.C. §§ 1132(g)(2)(E), 1145 in the amount of ONE THOUSAND SIX HUNDRED TWENTY AND 00/100 DOLLARS ($1,620.00), and late fees pursuant to 29 U.S.C. §§ 1132(g)(2)(E), 1145 in the amount of ONE HUNDRED THIRTEEN AND 75/100 DOLLARS ($113.75).

2. That plaintiffs pursuant to 29 U.S.C. §§ 1132(g)(2)(D), 1145 are hereby awarded and allowed reasonable attorney's fees of THREE THOUSAND TWO HUNDRED EIGHTY AND 44/100 DOLLARS ($3,280.44) and costs of the action of TWO HUNDRED EIGHTY-FIVE AND 00/100 DOLLARS ($285.00).

ENTER:

Dated: 3/20/2000

United States District Judge

Order prepared by
Attorney for plaintiffs:

Mark A. Spadoro
Hanley & Spadoro
29 South LaSalle Street
Suite 425
Chicago, Illinois 60603
(312) 782-9700

PWC\HIGHLAND\DEFAULT\JUDGMENTord

- 4 -