UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                              CIVIL ACTION NO. 03-MBD 10378

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS Hotel Employees and Restaurant Employees International Union Welfare Fund, et. al., has recovered judgment against Highland tap, Inc. on the 23rd of March 2000 for the sum of $1,368.11 in unpaid contributions, prejudgment interest and under payments in the amount of $758.06, late fees of $113.75, liquidated damages of $758.06, audit costs of $1620.00, and attorney's fees and costs of this suit in the amount of $3850.44; and execution was likewise awarded for the same sum as well as post judgment attorneys fees in the amount of $758.50, against the goods, effects, and credits of the Judgment Debtor in the hands and possession of **Bank North Massachusetts** of Haverhill, MA, trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of **$8,183.42**, in the whole, with interest thereon at the rate of **6.197%** from said day of rendition of said judgment, as well as with post-judgment attorneys fees and costs of **$797.50**; and thereof also to satisfy yourself for you own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this writ has been satisfied or discharged.

Dated this _1st_ day of _June_, 2004.

TONY ANASTAS
Clerk

By: _____

Eas/4618/Highland/Trustee