UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                                CIVIL ACTION 03-MBD 10378

HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES )
INTERNATIONAL UNION WELFARE FUND, ET AL. )
(Plaintiff)                              )
                                         )
                                         )
v.                                       )   TRUSTEE'S ANSWER
                                         )
                                         )
HIGHLAND TAP, INC.                       )
(Defendant)                              )
                                         )
                                         )
BANKNORTH, N.A. dba                      )
BANKNORTH MASSACHUSETTS                  )
(Trustee Defendant)                      )

Now comes Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Trustee Execution, the alleged Trustee had goods, effects, or credits of the named Defendant available for attachment in the amount of $4,749.46 standing in the name "HIGHLAND TAP, INC.".

SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF June 2004.

                                         BANKNORTH, N.A.

                                         BY: _____
                                         Nicole C. Russell
                                         Administrative Assistant
                                         Legal Department
                                         Banknorth, N.A.

STATE OF MAINE                           June 17, 2004
CUMBERLAND, SS.

Personally appeared the above-named Nicole C. Russell, who acknowledged that the foregoing Disclosure was true to the best of her knowledge and belief.

                                         Before me,

                                         _____
                                         Deanna Seebaugh, Notary Public

                                         DEANNA M. SEEBAUGH
                                         Notary Public, Maine
                                         My Commission Expires January 16, 2009